STATE OF NEW JERSEY v. BOBBY LEE WILLIAMS.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. SEVERIANO ROBLES a/k/a
SEVERIANO ROBLES COMANCHO.

June 30, 1972. Petition for certification denied.

WOODRUFF DAIRY CORP. v.
STATE BANK OF NORTH JERSEY.

June 30, 1972. Petition for certification denied.

ANDOVER REALTY, INC. v. ARCHIE SCHWARTZ CO.

June 30, 1972. Petition for certification denied.